# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:09-cr-00291 |
|  | ) No. 3:13-cr-00101 |
| TEQUILA MARSH, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

Before the Court is Tequila Marsh's Motions for Early Termination of Supervised Release (Doc. Nos. 82, 179), which the Government and the United States Probation Office do not oppose. (Doc. Nos. 84, 85, 182).[1]

Ms. Marsh pled guilty in two separate cases: (1) Case No. 3:09-cr-291 and (2) Case No. 3:13-cr-00101. In Case No. 3:09-cr-291, Ms. Marsh pled guilty to Assaulting a Federal Officer by Use of a Deadly Weapon, in violation of 18 U.S.C.§111(a)(1). (Doc. No. 117). In Case No. 3:13-cr-00101, she pled guilty to Failure to Appear for Sentencing, in violation of 18 U.S.C. § 3146(a)(1). (Doc. No. 48). At sentencing, the Court imposed a 110-month sentence in 3:09-cr-291 (Doc. No. 93 at 2) to run consecutive to the 27-month sentence in 3:13-cr-1010 (Doc. No. 48 at 2), followed by three years of supervised release. After serving 29 months of her 36-month term of supervised release, Ms. Marsha requests early termination.

Courts may "terminate a term of supervised release" at "any time after the expiration of one year of supervised release." 18 U.S.C. § 3583(e)(1). The Sixth Circuit provided that "[s]ection

---

[1] The Motions for Early Termination filed in Case Nos. 3:09-cr-00291 (Doc. No. 179) and 3:13-cr-00101 (Doc. No. 82) are identical.

3583(e)(1) requires the district court to determine whether early termination is warranted by the conduct of the defendant released and the interest of justice," in addition to certain § 3553(a) factors. United States v. Hale, 127 F.4th 638, 641 (6th Cir. 2025). This may be satisfied with exceptionally good conduct but that is not required. Id.

The record shows that Ms. Marsh is ready for life without supervision. While on supervision, she has maintained employment at various establishments, including Cheesecake Factory, Exxon, McDonalds, and Ford Janitorial Service. (Doc. No. 85 at 1). She has tested positive for all drug screenings and has not incurred any infractions while under supervision. (Id.). Beyond her compliance, Ms. Marsh actively contributes to her community. She volunteers at the Boys and Girls club (Doc. No. 82 at 3), regularly attends church (Doc. No. 82-1 at 2), and provides support to those around her (id.). During her period of supervised release, she has taken on caregiving responsibilities—helping care for her ailing mother, children and grandchildren (id.). (See also Doc No. 82-1 at 4, 5 6)

Accordingly, Ms. Marsh's Motion for Early Termination of Supervised Release (Doc. No. 82, 179) is **GRANTED**, and her supervised release is **TERMINATED** effective immediately. Mrs. Marsh's Unopposed Motions to Ascertain Status (Doc. Nos. 86 183) are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE